**4**

1   STEVEN S. ALTMAN (State Bar No. 63824)
    Steven Altman, PC
2   1127-12th Street, Suite 104
    Modesto, California 95354
3   Ph: (209) 521-7255
    Fax: (209) 577-8390
4   altman@altmanattorney.com

5   Attorney for Plaintiffs

6

7           IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF CALIFORNIA
8                           (MODESTO DIVISION)

    In re:

9   HUMBERTO MORENO &             Case No.    11-92649
    MARTHA MORENO                Adversary No: 16-09014
10

           Debtors.                    Date:      December 22, 2016
11                                        Time:      11:00 a.m.
                                       Place:     1200 I Street, 2nd Floor
12                                                       Modesto, CA 95354

13   HUMBERTO MORENO &             Judge:    Robert S. Bardwil
    MARTHA MORENO                Dept:      D

14           Plaintiff(s),

15   vs.

16   DREAMBUILDER INVESTMENTS, LLC.

17          Defendant(s).

18

                    **EXHIBITS IN SUPPORT OF PLAINTIFFS'**
19                     **FIRST STATUS CONFERENCE STATEMENT**

20   Exhibit 1     FDIC search for National City Bank             Page 2

21   Exhibit 2     Secretary of State search showing National City Bank's status
                   as "Closed"                                                  Page 3
22

23   Exhibit 3     FDIC search for PNC Bank, NA                 Page 4

24

25

26

27

28

Each depositor insured to at least $250,000 per insured bank

Advanced Search
Su

## ID Confirmation & Report Selection

Demographic information as of December 1, 2016

**National City Bank**
1900 East Ninth Street
Cleveland, OH 44114

| | | | |
|---|---|---|---|
| FDIC Certificate #: | 6557 | Date Established: | 5/17/1845 |
| Bank Charter Class: | National Bank | Date of Deposit Insurance: | 1/1/1934 |
| Primary Federal Regulator: | Office of the Comptroller of the Currency | | More Demographic Information → |
| Primary Internet Web Address: | Web site not available. | | Generate History → |

This is an Inactive Institution.

Inactive as of: November 6, 2009
Closing history: Merged without Assistance into
Acquiring Institution: PNC Bank, National Association - (6384)

Information Gateway:

**ID Report Selections:**
Assets and Liabilities ▽

**Report Date:**
September 30, 2009 ▽

[ Generate Report ]

---

ⓘ Current List of Offices not available
ⓘ Compare to Peer Group(s)
ⓘ FFIEC Call/TFR Report 9/30/2009  Latest Available
ⓘ FFIEC Uniform Bank Performance Report (UBPR)
ⓘ FDIC/OTS Summary of Deposits

**More Information**
ⓘ Bank Holding Company Ownership and Affiliates not available
ⓘ Consumer Assistance from Primary Federal Regulator
ⓘ Organization Hierarchy from the Federal Reserve System
ⓘ OCC CRA ratings

Press ⓘ for description

Exhibit ___1___

Page ___2___

https://www5.fdic.gov/idasp/confirmation_outside.asp?inCert1=6557　　　12/5/2016



**Jon Husted
Ohio Secretary**

Jon Husted & the Office | Elections & Voting | Campaign Finance | Legislation & Ballot Issues | Businesses | Records | Media Center | Publications

**Business Filing Portal**                    your BUSINESS begins here

General Information | Business Search | UCC Search | Trade Mark / Service Mark Search | Prepayment Accounts | Business Report Download | Help

Business Name
Business Name - Exact
Detailed Business Search
Number Search
Agent/Contact Name
Agent/Contact Name - Exact
Prior Business Name

## Corporation Details

### Corporation Details

| Entity Number | 1891380 |
|---|---|
| Business Name | NATIONAL CITY BANK |
| Filing Type | FICTITIOUS NAMES |
| Status | Cancelled |
| Original Filing Date | 10/23/2009 |
| Expiry Date | 10/23/2014 |
| Location: | County: | State: |

### Filings

| Filing Type | Date of Filing | Document Number/Image |
|---|---|---|
| FICTITIOUS NAME/ORIGINAL FILING | 10/23/2009 | 200929900338 |
| LETTER/RENEWAL NOTICE MAILED | 06/23/2014 | 201417400207 |
| CANCELLED BY OPERATION OF LAW | 11/03/2014 | 201430700774 |

[ Return To Search Page ] [ Return To Search List ] [ Printer Friendly Report ]

Exhibit  2

Page  3

## ID Confirmation & Report Selection

Demographic information as of December 1, 2016

**PNC Bank National Association**
222 Delaware Avenue
Wilmington, DE 19899

| | | | |
|---|---|---|---|
| FDIC Certificate #: | 6384 | Date Established: | 1/1/1804 |
| Bank Charter Class: | National Bank | Date of Deposit Insurance: | 1/1/1934 |
| Primary Federal Regulator: | Office of the Comptroller of the Currency | | |
| Primary Internet Web Address: | www.pnc.com | | |

[More Demographic Information →]
[Generate History →]

Information Gateway:

**ID Report Selections:**
Assets and Liabilities ▼

**Report Date:**
September 30, 2016 ▼

[Generate Report]

---More Information---

- Current List of Offices
- Compare to Peer Group(s)
- FFIEC Call/TFR Report 9/30/2016  Latest Available
- FFIEC Uniform Bank Performance Report (UBPR)
- FDIC/OTS Summary of Deposits
- Bank Holding Company Ownership and Affiliates
- Consumer Assistance from Primary Federal Regulator
- Organization Hierarchy from the Federal Reserve System
- OCC CRA ratings

Press 🛈 for description

Exhibit 3

Page 4