*14*

STEVEN S. ALTMAN (State Bar No. 63824)
Steven Altman, PC
1127-12th Street, Suite 104
Modesto, California 95354
Ph: (209) 521-7255
Fax: (209) 577-8390
altman@altmanattorney.com

Attorney for Plaintiffs

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(MODESTO DIVISION)

In re:

HUMBERTO MORENO &
MARTHA MORENO

    Debtors.

HUMBERTO MORENO &
MARTHA MORENO

    Plaintiff(s),

vs.

PNC BANK, NA

    Defendant(s).

Case No.    11-92649
Adversary No: 16-09014

Date: June 1, 2017
Time: 11:00 a.m.
Place: 1200 I Street, 2nd Floor
        Modesto, CA 95354

Judge: Robert S. Bardwil
Dept:    D

PLAINTIFFS' FOURTH
STATUS CONFERENCE STATEMENT

HUMBERTO MORENO AND MARTHA MORENO (collectively, "Plaintiffs") submit their Fourth Status Conference Statement as follows:

1. **Service of Process**: On October 26, 2016 a summons was issued in this case. The complaint was served on October 28, 2016. Defendant, Dreambuilder Investments, LLC was required to answer the underlying complaint by or before November 25, 2016. No response occurred. As a result, Plaintiffs through their counsel filed a Request to Enter Default with the Court on November 28, 2016. [Doc 7]. Counsel for Plaintiffs started to work up a default judgment; however as set forth below, after further investigation, he has discovered that defendant DreamBuilder Investments LLC may be the wrong party defendant in this action.[1]

---

[1] Plaintiffs' prior counsel and his adversary complaint filed with this Court, Moreno v. DreamBuilder Investments, LLC, et al, Adv. No. 15-9066 and correspondence in the Morenos' possession, purported to provide evidence that Dreambuilder Investments LLC was the holder of the current mortgage claim.

As a result, Plaintiffs, through counsel, filed a motion for leave to file an amended complaint designating the following party defendant: PNC Bank, NA, successor in interest to National City. The Court granted plaintiffs' motion in hearing recently held January 10, 2017. Plaintiffs, through counsel, served the First Amended Complaint on PNC Bank NA, and CEO William Demchak of PNC Financial Services Group by certified mail, return receipt requested as required by statute. An answer has been filed for counsel for PNC indicating that PNC claims it sold the loan to Dream Builder Investments, LLC in September 2009. (Answer at 4:21-24). However, the Morenos, party plaintiffs, recall never being sent "Notice of Assignment" nor in the chain of title in Stanislaus County, is there any documentation other than the duly recorded Deed of Trust of PNC's predecessor in title, National City Bank, recorded August 16, 2007. Pursuant to statute, specifically, 15 U.S.C. Section 1641(g) (the statute designated as "Helping Families Save Their Home Act" (the "Act") it is mandated that an assignee of a mortgage obligation give written notice **not later than 30 days on the date which the mortgage loan is sold or otherwise transferred or assigned to a third party, the creditor that is the new owner or assignee of the debt shall notify the borrow in writing of such transfer including–**

**(A) the identity, address and telephone number of that new creditor;**

**(B) the date of transfer;**

**( C) how to reach an agent or party having authority to act on behalf of the new creditor;**

**(D) the location of the place where transfer of ownership is recorded; and**

**(E) any other relevant information regarding the new creditor.**

An Assignee that violates the notice requirements can be subjected to civil penalties under section 130 of TILA ("Truth In Lending Act"). Specifically, under 15 U.S.C. Section 1640(a), effective July 31, 2009, the maxim penalty a consumer can recover for a TILA violation is in regard to a close-end loan secured by real property or a dwelling is $4,000. Plaintiffs contend they have received no notification from anyone in writing concerning a mortgage note transfer nor written statements, from any party, directing their mortgage payments prior to the filing of their Chapter 13 bankruptcy to be remitted to Dreambuilders Investments, LLC.

Additionally, prior to the current litigation being commenced, counsel for the Morenos sent both regular and certified mail directed at **both** Dreambuilders Investments, LLC and PNC Bank NA (through its banking address with the FDIC and its CEO and President of PNC Financial Services Group, Mr. William Demchak) requesting cooperation for reconveyance of mortgage obligations and a reply to his letter. No reply by either party was forthcoming.

Since the foregoing, Defendant Plaintiff PNC's counsel has informally exchanged information with Plaintiffs' counsel concerning the disposition of the loan and current party holding this negotiable instrument. Toward this end, Plaintiffs' counsel recently received the declaration of Brian J. Lutton (Exhibit 1 attached), executed on May 2, 2017. The foregoing declaration reflects that PNC transferred rights to the Moreno loan to DBI Fund Holdings, LLC ("DBI") by agreement dated November 20, 2009, for which DBI was required to record a notice of assignment (which it did not do). In turn, DBI transferred its rights to the Moreno loan December 18, 2012 to American Servicing and Recovery Group, LLC. (Lutton Declaration at 2:12-19). Plaintiffs contend they received no notification of the loan transfer.

2. **Jurisdiction, Venue and Status as Core or Noncore Proceedings**: Jurisdiction over this adversary proceeding has been asserted pursuant to 28 U.S.C. § 157. This is a core proceeding pursuant to 28 U.S.C. 157 (b)(2) and Tile 28 of the United States Code. Venue is proper pursuant to 28 U. S. C. § 1409(a).

The action seeks a court declaratory judgment to remove a lien from property owned by plaintiffs during the Plaintiffs' previous successful Chapter 13 proceeding in this Court. In that action, as Debtors, Plaintiffs successfully confirmed their Chapter 13 Plan in hearing held before this Court on January 7, 2012. In conjunction with their bankruptcy Plan, they brought a motion motion to value the Property pursuant to In re Lam, 211 B.R. 36 (9th Cir. BAP 1997) (the "Motion to Value"). The Motion to value requested that the court value the property at $242,400.00. The Motion to Value was granted by order of the bankruptcy court and dated October 5, 2011. In the order granting the Motion to Value, the court determined that the value of the equity in the Property available to satisfy the claim of PNC was $0, and the claim of PNC was deemed unsecured. A true and correct copy of the order granting the Motion to Value has been attached to the adversary complaint in this matter as Exhibit "D".

On June 16, 2015, Debtors' prior counsel sent a demand letter to DBI notifying DBI of

the satisfaction of the mortgage and demanding release of the Deed of Trust within 30 days of the discharge. A true and correct copy of the demand letter is attached to the complaint as Exhibit "F".

In the work-up to the default judgment, present counsel further researched the Stanislaus County Recorder's Office and FDIC records to ascertain whether an assignment of the 2nd deed of trust was ever formally recorded to evidence ownership by DBI. None could be found.

The actual records reflected that National City Bank, the prior holder of Plaintiffs' second deed of trust became an inactive institution on November 6, 2009 and merged without assistance into PNC Bank, NA. A further search of PNC Bank NA records with the FDIC reflected that its principal office is located at 222 Delaware Avenue in Wilmington Delaware 19899. (See Attachments 1 and 2). As such, as set forth below, PNC Bank NA at that time appeared to be the actual real party in interest and as submitted above based upon the current motion to add or substitute party defendant, service will be effected on this party through the issuance of an alias summons and amended complaint.

3. **Amendments to Pleadings:** As referenced in section 2 above, Plaintiffs' counsel initially understood the real party defendant in this action should be PNC Bank NA, either instead or in addition to DBI. On January 10, 2017, this Court, pursuant to FRCP 15(a) granted plaintiffs leave to file an amended complaint and or substitute this party defendant. The amended complaint, with an alias summons, went out for service on January 20, 2017. PNC has appeared in this action. By virtue of the "newly discovered information" provided counsel for the Plaintiffs on May 2, 2017, counsel is in the process of preparing a motion for leave to file a second amended complaint and provide for alias summons by jointing two additional party defendants in this action: DBI Fund Holdings, LLC and also American Servicing and Recovery Group, LLC given the fact PNC officers or officials have stated, under oath, they no longer own or service the underlying Moreno loan obligation.[2] Plaintiffs counsel will also work with PNC

---

[2] Counsel's for Morenos search of corporate status for American Servicing and Recovery Group, LLC indicates its corporate status may be in Texas (Exhibit 2). However, recently the Morenos have received mortgage billings notices from an organization called Home Servicing, LLC (Exhibit 3) which may hold the prior PNC obligation which has been discharged in Chapter 13 proceedings. The investigation continues. If so, they will be added as an additional party defendant for the second amended complaint.

PLAINTIFFS' FOURTH CONFERENCE STATEMENT-AMENDED 4       MORENO V PNC BANK NA 5.18.17. SSA

and its counsel for the preparation of a stipulation granting PNC dismissal as a party defendant in this action with each party bearing their own fees and costs.

   4. **Joinder of Parties:** As referenced in sections 2 and 3 above, steps were taken to serve the substituted party, PNC. That has occurred and they have answered the amended complaint. Further joinder of parties appear to be necessary based upon recently discovered information as referenced in part 3 above.

   5. **Anticipated Motions:** Plaintiffs brought the motion to amend pleadings to add or substitute into this case PNC Bank NA as a party defendant which was granted by this Court on January 10, 2017. Service on the first amended complaint occurred on January 20, 2017. Although PNC has answered, it now claims it sold plaintiffs' loan and is not the correct party defendant. That DBI Fund Holdings, LLC and/or American Servicing and Recovery Group, LLC to whom the Moreno loan obligation passed. As referenced above, with the exception of the declaration by PNC official or officer Brian Lutton, no recorded assignment or other recorded documents have been presented to the Morenos or their counsel. However, in order to ultimately be able to secure full release to the Morenos counsel will be moving to file a formal motion amended the current complaint to add new party defendants as referenced above.

   6. **Anticipated Discovery:** This case is still in its early stages. If there is discovery prepared by plaintiffs it will be narrowly focused. At the very least request for admissions will be prepared based upon the history of the Chapter 13 proceedings in this case including, but not limited to the successful completion of the Chapter 13 Plan, motion to value and determination of unsecured status of the 2nd deed of trust against plaintiffs' property. Also, assuming the motion to amend to add new party defendants is granted by this Court and no party answers the amended complaint, entry of default and default judgment will be requested by moving party Plaintiffs the Morenos.

   7. **Discovery, Pre-Trial Motion Dates:**

   Litigation is in its early stages in this matter. The new or added Defendant, PNC has recently been served and appeared. No discovery has taken place due to the loan ownership issue with the exception of informal discovery and information exchanged between PNC's counsel and Plaintiffs' counsel as referenced in part 1 above.

8. **Preliminary Pre-Trial, Discovery, Settlement Conference:**

As referenced above, litigation is in its early stages in this matter. Request is made to defer a discovery plan until the filed motion to amend the pleadings is heard and presumably granted by this Court and new party defendants appear in this action, or, in the alternative, after valid service is effected, Plaintiffs be allowed to seek entry of default and default judgment against the newly added party Defendants.

As such, at the very least a further Status Conference hearing in this matter should occur after the motion to have additional party defendants, DBI Fund Holdings, LLC and American Servicing and Recovery Group are granted by this Court.

9. **Other Suggestions**: None.

Dated: May 16, 2017

Respectfully submitted,

LAW OFFICES OF STEVEN ALTMAN, PC

*/s/ Steven S. Altman*

STEVEN S. ALTMAN
Attorney for Plaintiffs

Stuart B. Wolfe (SBN 156471)
sbwolfew@wolfewyman.com
L. Scott Bruggemann (302499)
sbruggemman@wolfewyman.com
WOLFE & WYMAN LLP
980 9th Street, Suite 2350
Sacramento, California 95814
Telephone: (916) 912-4700
Facsimile: (916) 329-8905

Attorneys for Defendant
PNC BANK, N.A.

## IN THE UNITED STATES BANKRUPTCY COURT OF

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## (MODESTO DIVISION)

| | |
|---|---|
| In re: HUMBERTO MORENO and MARTHA MORENO,<br><br>Debtors/Plaintiffs.<br><br>v.<br><br>PNC BANK, N.A.<br><br>Defendants. | Case No.: 11-92649<br>Adversary No.: 16-09014<br><br>DECLARATION OF BRIAN J. LUTTON |

### DECLARATION OF BRIAN J. LUTTON

I, Brian J. Lutton, declare as follows:

1. I am currently employed with PNC Bank, National Association ("PNC"), as an Assistant Vice President. This declaration is made as part of PNC's response to the claims of Humberto and Martha Moreno in the present action. The following is of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so.

2. As an Assistant Vice President, I have access to PNC's computer database of acts, ownership, assignments, transactions, payments, communications, events, and chain of title activity, with respect to the mortgage loans which PNC owns, funds, and/or services, including those records relating to the Deed of Trust dated August 8, 2007 securing a home loan (the "Moreno Loan") in the

1
DECLARATION OF BRIAN J. LUTTON

2728654.1

Exhibit 1
Page 7

1  original amount of $187,000.00 on the property commonly described as 4216 Ballard Circle,
2  Modesto, CA 95356, which was recorded on August 16, 2007 in Stanislaus County as Document
3  No. 2007-0105192-00, showing Martha and Humberto Moreno as the Borrowers and National City
4  Bank as the Lender. These records and the entries in these records are made and kept within the
5  ordinary course of business and are made at or near the time of the act, events or conditions of record
6  by a means which insures their reliability and made by persons whose responsibility it is to record
7  such acts, events or conditions. I have personally reviewed the records referenced below and have
8  the personal knowledge of the facts set forth in this declaration, including the Moreno Loan. If
9  called upon to testify thereto, I could and would do so competently and truthfully under oath.

10　　3. PNC is the successor-by-merger to National City Bank, N.A., approved by the
11  Comptroller of the Currency by certificate dated November 6, 2009.

12　　4. By agreement dated November 20, 2009, PNC sold all rights in the Moreno Loan, as well as
13  Other loans, to DBI Fund Holdings, LLC. DBI Fund Holdings, LLC was responsible for recording
14  an assignment of the Moreno Deed of Trust.

15　　5. By letter dated December 18, 2012, American Servicing and Recovery Group, LLC advised
16
17  PNC that DBI Fund Holdings transferred the rights to the Moreno loan, as well as other loans, to
18  American Servicing and Recovery Group, LLC as of December 2009. An address for notices, 4144
19  North Central Expressway, Ste. 900, Dallas, TX 75204, was included in the letter.

20　　6. Since the 2009 sale, PNC has had no right, title or interest in the Moreno Loan. PNC has not
21  serviced the Moreno Loan since the sale. PNC has no ownership or authority by which it can
22  reconvey the Deed of Trust which secures the Moreno loan.

23　　I declare under penalty of perjury that the foregoing is true and correct.

25　　Executed on May 2ND, 2017, at BRECKSVILLE, OHIO

　　　　　　　　　　　　　　　　　　　　　　Brian J. Lutton, Declarant

2
DECLARATION OF BRIAN J. LUTTON

2728654.1

Exhibit 1
Page 8

2011:    3/28/2011
2011:    3/28/2011
2010:    4/7/2010

## Registered Agent

Agent Name:    (p)
Agent Address:

## AMERICAN SERVICING AND RECOVERY GROUP, LLC Events

1:    WITHDRAWAL
filedDate:    8/13/2012

## AMERICAN SERVICING AND RECOVERY GROUP, LLC Reviews

AMERICAN SERVICING AND RECOVERY GROUP, LLC has been set up 1/9/2009 in state TX. The current status of the business is Inactive. The AMERICAN SERVICING AND RECOVERY GROUP, LLC principal adress is 4144 NORTH CENTRAL EXPRESSWAY, STE. 900, DALLAS, TX, 75204. Meanwhile you can send your letters to 4144 N. CENTRAL EXPY, SUITE 910, DALLAS, TX, 75204. The company's registered agent is same as principal. The company's management are Manager - O Brien Rick, Manager - Murchison Kenneth, Manager - Ray Dewitt. The last significant event in the company history is WITHDRAWAL which is dated by 8/13/2012. This decision is take in action on unknown. The company annual reports filed on Annual reports – 3/28/2011.

**Comprehensive Report**
about this company

GET IT FOR $29

(view sample)

I am a company director

## Similar Companies

AMERICAN SERVISTAR HOME CENTER, INC.
AMERICAN SETHI SMILE CENTER LLC
AMERICAN SETTLEMENT ORGANIZATION LLC
AMERICAN SETTLEMENT SERVICES INC.
AMERICAN SETTLEMENT SERVICES, INC.
AMERICAN SETTLEMENT SERVICES, LLC


## Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Wednesday, May 17, 2017. Please refer to document Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all Images are available online.

**200901010182    AMERICAN SERVICING AND RECOVERY GROUP, LLC**

| | |
|---|---|
| Registration Date: | 01/09/2009 |
| Jurisdiction: | TEXAS |
| Entity Type: | FOREIGN |
| Status: | CANCELED |
| Agent for Service of Process: | (AGENT RESIGNED 06/18/2013) |
| | • |
| Entity Address: | 4144 N. CENTRAL EXPRESSWAY STE 900 |
| | DALLAS TX 75204 |
| Entity Mailing Address: | • |
| LLC Management | • |

| Document Type | File Date | PDF |
|---|---|---|
| AMENDMENT | 06/18/2013 | |
| CANCELLATION | 09/21/2012 | |
| REGISTRATION | 01/09/2009 | |

\* Indicates the Information is not contained in the California Secretary of State's database.

Note: If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to Name Availability.
- If the image is not available online, for information on ordering a copy refer to Information Requests.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Frequently Asked Questions.

[ Modify Search ]    [ New Search ]    [ Back to Search Results ]

Exhibit _2_

Page _10_



| RA-100 |
|---|

# State of California
## Secretary of State

### Resignation of Agent
### Upon Whom Process May Be Served

There is no fee for filing this form.
IMPORTANT – Read instructions before completing this form.

FILED
Secretary of State
State of California

JUN 1 8 2013

This Space For Filing Use Only

**Entity Type** (Identify the type of business from which you are resigning as agent for service of process. Check only one box.)

1. [ ] Corporation (domestic or qualified foreign)
   [✓] Limited Liability Company (domestic or registered foreign)
   [ ] Limited Partnership (domestic or registered foreign)
   [ ] Limited Liability Partnership (domestic or registered foreign)
   [ ] Registered General Partnership
   [ ] Unincorporated Association
   [ ] Foreign Partnership (other than a foreign limited partnership)
   [ ] Foreign Association

**Entity Name** (Enter the name of the entity from whom you are resigning as agent for service of process.)

2. AMERICAN SERVICING AND RECOVERY GROUP, LLC

**Entity File Number** (Enter the file number issued to the above-named entity by the Secretary of State.)

3. 200901010182

**Jurisdiction** (Enter the jurisdiction (state or country) under which the above-named entity was organized.)

4. Texas

**Statement of Resignation** (The following statement declares intent to resign as agent for service of process and should not be altered.)

5. The undersigned hereby resigns as agent upon whom process may be served in California for the above-named entity.

**Execution**

6. I declare I am the person who executed this instrument, which execution is my act and deed.

Incorp Services, Inc. (C2294569)
Type or Print Name of declarant (i.e., the individual or corporation resigning as agent for service of process for the above-named entity)

_____
Signature of Declarant or Signature of Authorized Representative of Declarant (if declarant is a corporation)

Aurora Murtey, Secretary
Title of Office of Authorized Representative of Declarant (if declarant is a corporation)

RA-100 (REV 01/2013)

APPROVED BY SECRETARY OF STATE

Exhibit

Page 11

Home Servicing, LLC
Customer Service: (866) 565-7979
NMLSR ID: 2771

# Mortgage Statement
Statement Date: 4/24/2017

| | |
|---|---|
| Account Number | 8630997174 |
| Payment Due Date | 4/21/2017 |
| Amount Due | $234.00 |

If payment is received after 4/20/17, $0.00 late fee will be charged.

712 0.7690 MB 0.423   5 20 3   **********AUTO**MIXED AADC 720

Martha Moreno
4216 Ballard Cir
MODESTO CA 95356-8406

### Account Information

| | |
|---|---|
| Outstanding Principal | $177,176.63 |
| Interest Rate | 8.75% |
| Prepayment Penalty | No |
| Last Paid Installment | 5/2/2008 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | ($1,295.87) |
| Interest | $1,296.87 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Bi-Weekly Payment | $0.00 |
| Total Fees and Charges | $1.00 |
| Overdue Payment | $0.00 |
| Total Amount Due | $233.00 |
| | $234.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

### Transaction Activity (4/8/2017 to 4/21/2017)

| Date | Description | Charges | Payments |
|---|---|---|---|

*llegó 4/28/17*

---

etach Here

Martha Moreno

Loan ID: 8630997174

### Mortgage Payment Coupon

Home Servicing, LLC
2431 S. Acadian Thruway
Suite 525
Baton Rouge, LA 70808

Exhibit __3__
Page __12__

| Amount Due | |
|---|---|
| Due By 4/21/2017: $0.00 late fee will be charged after 04/20/2017 | $234.00 |
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Amount Enclosed | |

Make check payable to Home Servicing, LLC

**Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of April 21, 2017, you are 3,265 days delinquent on your mortgage loan.

Recent Account History
- Payment due 10/21/16: Unpaid balance of $221.00
- Payment due 11/4/16: Unpaid balance of $1.00
- Payment due 11/18/16: Unpaid balance of $1.00
- Payment due 12/2/16: Unpaid balance of $1.00
- Payment due 12/16/16: Unpaid balance of $1.00
- Payment due 12/30/16: Unpaid balance of $1.00
- Payment due 1/13/17: Unpaid balance of $1.00
- Payment due 1/27/17: Unpaid balance of $1.00
- Payment due 2/10/17: Unpaid balance of $1.00
- Payment due 2/24/17: Unpaid balance of $1.00
- Payment due 3/10/17: Unpaid balance of $1.00
- Payment due 3/24/17: Unpaid balance of $1.00
- Payment due 4/7/17: Unpaid balance of $1.00
- Current payment due 4/21/17: $1.00
- Total: $234.00 due. You must pay this amount to bring your loan current.

Housing Counselor Information: If you would like counseling or assistance, you can contact the following:
- U.S. Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call (800) 569-4287

Exhibit 3
Page 13

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU HAVE FILED FOR BANKRUPTCY, PLEASE BE ADVISED THIS IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT.

## IMPORTANT INFORMATION

### ADDITIONAL PAYMENTS TO PRINCIPAL

Please indicate any additional principal payments on your payment coupon.

### PAYOFF REQUESTS

The current principal balance on your statement is NOT your payoff amount. Please fax or email a request in writing indicating your account number and the anticipated payoff date with your signature to our Customer Service Department. Our fax number is (225) 935-2916 and our email is Customersupport@hsllc.net; allow 48 hours for processing. Verbal requests will not be quoted.

### LATE CHARGES

Avoid late charges by making your payments on or before the due date. Payments are not considered received until they are applied to your loan. Allow adequate time for mail service. Postal delays are not considered a valid reason for waiving late charges. All late payments must include the late charge.

### TAX INFORMATION

If you receive a real estate tax bill. Please pay the bill and provide proof that taxes are paid to the below address. If your taxes are escrowed with Home Servicing please mail the real estate tax bill to the below address.

### MAILING ADDRESSES

**Overnight Mortgage Payment**
Home Servicing, LLC
2431 S. Acadian Thruway, Suite 525
Baton Rouge, LA 70808
Attn: Payment Processing

**Payments With or Without Coupons**
Home Servicing, LLC
2431 S. Acadian Thruway, Suite 525
Baton Rouge, LA 70808
Attn: Payment Processing

**Other Correspondence**
Home Servicing, LLC
2431 S. Acadian Thruway, Suite 525
Baton Rouge, LA 70808
Attn: Payment Processing

**Please mail proof of Insurance to:**
Home Servicing, LLC ISAOA ATIMA
2431 S. Acadian Thruway, Suite 525, Baton Rouge, LA 70808
Toll Free Phone: (866) 565-7979

*Home Servicing, LLC requires evidence of property Insurance with Home Servicing, LLC ISAOA ATIMA named in the mortgagee clause

**Housing Counselor Information**
If you would like counseling or assistance, you can contact the U.S. Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

NMLS# 1852 NC Permit # 112367

### PAYMENT INFORMATION

Write your account number on your check or money order and mail it with the bottom portion of the statement. We cannot accept wire transfers, credit cards or cash payments. Partial payments, if not specified, may be applied to outstanding fees or as a principal reduction in accordance with the terms of your note.

When you provide a check as payment, you authorize us to use Information from your check to make a one-time electronic fund transfer from your account or process the payment as a check transaction. When we use Information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment. You may not receive your check back from your financial institution.

### EXPRESS PAYMENT

Your payment can be made with MoneyGram. To find the location nearest you, call 1-800-Moneygram or visit moneygram.com and click on "Locate MoneyGram Agent." MoneyGram is also available at many Wal-Mart locations. At the agent location, you need your account number and the receiving code 6178 to pay. The payment has to be made in cash and there is a fee payable to MoneyGram for this service.

### CHANGE OF INFORMATION

Please notify us of any change by checking the appropriate line below.

_____ Mailing Address Change

_____ Telephone Number Change

_____ Legal Name Change*    *If there has been a legal name change by marriage or divorce, please send a copy of the court document evidencing the change.

_____ Death of Mortgagor**    ** If either mortgagor is now deceased, please send a copy of the death certificate

Name: _____

Name: _____

New Address: _____

Telephone Home: (____) ____    Work: (____) ____
telephone number you are authorizing Home Servicing, LLC to call you at that telephone number.    If you give a cell telephone number or work

Exhibit __3__

Page __14__