FDIS
FILED
OCT 18 2017
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

HUMBERTO MORENO and MARTHA MORENO,

      Debtor(s).

Case No. 11-92649

---

HUMBERTO MORENO and MARTHA MORENO,

      Plaintiff(s),

vs.

PNC BANK, NA, et al.

      Defendant(s).

Adversary No. 16-09014

### ENTRY OF DEFAULT AND ORDER RE: DEFAULT JUDGMENT PROCEDURES

(This form is to be used for a single defendant only. If you have multiple defendants, please submit a separate form for each.)

It appears from the record that defendant <u>Dreambuilder Investments aka Dreambuilder Investments LLC</u> failed to plead or otherwise defend in this proceeding as required by law.

Therefore, default is entered against defendant <u>Dreambuilder Investments aka Dreambuilder Investments LLC</u> as authorized by Federal Rule of Civil Procedure 55 as incorporated by Federal Rule of Bankruptcy Procedure 7055.

The validity of service will also be considered by the court in connection with the entry of Default Judgment.

( ) Plaintiff(s) shall apply for a default judgment within 30 days of the date of this order. A "prove-up" hearing shall be scheduled on the court's regular law and motion calendar on notice to

RECEIVED
October 17, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006149428

(2/16/14)

the defendant pursuant to Local Rule 9014-1. The request for default judgment may be supported by affidavit in lieu of live testimony. Failure to comply with this order may result in the imposition of sanctions pursuant to Fed.R.Civ.P. 16(f), including, without limitation, dismissal of this adversary proceeding without further notice or hearing.

(X) Plaintiff(s) shall apply for a default judgment within 30 days of the date of this order. The motion need not be set for hearing but shall be filed and served on the defendant. The motion shall be supported by declarations or affidavits or other admissible evidence establishing liability and a right to the relief requested. A proposed "Default Judgment" for the court's signature shall be lodged with the motion. See Bankruptcy Rule 7055(b). Failure to comply with this order may result in the imposition of sanctions pursuant to Federal Rule of Civil Procedure 16(f) and 41(b), including, without limitation, dismissal of this adversary proceeding without further notice or hearing.

( ) Plaintiff(s) shall file supplemental declaration(s) documenting the source of the address(es) used for service of defendant.

( ) Plaintiff need not seek entry of judgment until resolution of the adversary proceeding as to all other parties. Fed. R. Civ. P. 54(b), incorporated by Fed. R. Bankr. P. 7054.

Dated: 10/18/17

Wayne Blackwelder, Clerk
United States Bankruptcy Court

By: ___Fely Dinong___
Deputy Clerk
FELY DINONG

EDC 003-727 (Rev. 12/16/14)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a copy of the document to which this certificate is attached was mailed today to the following entities at the addresses shown below or on the attached list.

Humberto Moreno
4216 Ballard Circle
Modesto, CA 95356

Martha Moreno
4216 Ballard Circle
Modesto, CA 95356

Steven S. Altman
1127 12th St., Ste. 104
Modesto, CA 95354

Dreambuilders Investments, LLC
Attn: Officer, managing or general agent
or to any other agent authorized by appointment
or by law to receive service of process
Mharla Ortega
5632 Weaver Pl.
Oakland, CA 94619

Dreambuilder Investments, LLC
Attn: Officer, managing or general agent,
or to any other agent authorized by appointment
or by law to receive service of process
4100 Redmond Rd., #387
Oakland, CA 94619

Dreambuilders aka Dreambuilders Investments
Attn: Officer, managing or general agent,
or to any other agent authorized by appointment
or by law to receive service of process
30 Wall St., 6th Floor
Nw York, NY 10005

Peter J. Andrews
Founder/CEO
DreamBuilder Investments
30 Wall St.
New York, NY 10005

Peter J. Andrews
Founder/CEO
Dreambuilder Investments LLC
80 Broad St.
New York, NY 10004-2209

DATED: 10/18/17      BY: _____
                                                  Deputy Clerk

EDC 3-070 (Rev. 6/28/10)