**3**

STEVEN S. ALTMAN (State Bar No. 63824)
Steven Altman, PC
1127-12th Street, Suite 104
Modesto, California 95354
Ph: (209) 521-7255
Fax: (209) 577-8390
altman@altmanattorney.com

Attorney for Plaintiffs/Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(MODESTO DIVISION)

In re:

HUMBERTO MORENO &
MARTHA MORENO

         Debtors.

HUMBERTO MORENO &
MARTHA MORENO

         Plaintiff (s),

vs.

PNC BANK, NA, et al

         Defendant (s).

Case No.     11-92649
Adversary No: 16-09014

Date:     November 14, 2017
Time:     10:00 a.m.
Place:     1200 I St., 2nd Floor
          Modesto, CA 95354

Judge:     Robert S. Bardwil
Dept:     D

## NOTICE OF HEARING IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT

TO: Defendants DBI Fund Holdings, LLC, Home Servicing LLC, Dream Builders Investments aka Dreambuilder Investments, LLC

**PLEASE TAKE NOTICE** that:

Humberto Moreno and Martha Moreno, Plaintiffs in the above referenced action,

NOTICE OF HEARING IN SUPPORT OF PLAINTIFFS' MOTION
FOR ENTRY OF DEFAULT JUDGMENT

through their counsel, have filed Motion for Entry of Default Judgment (hereafter "Motion") in the above referenced adversary proceeding.

The motion filed seeks a judgment from the United States Bankruptcy Court for relief in their current adversary suit against you.

**NATURE OF RELIEF REQUESTED**

Plantiffs seek, inter alia, from DreamBuilders, aka DreamBuilders Investments, LLC, aka DBI Fund Holdings,[1] a full reconveyance of their second Deed of Trust against their real property, recorded in the office of the Stanislaus County Recorder on August 16, 2007 as document number 0105192-00: 4216 Ballard Circle, Modesto, Ca 95356 (sometimes referenced as "the property" or "subject property"). In the absence of same, an adjudication by this Court the previous bankruptcy proceedings in their Chapter 13 case and the current adversary proceeding warrant a judicial determination that the underlying deed of trust and lien has been discharged.

Based upon the facts and applicable law submitted by Plaintiffs herein, the Moreno's and their counsel request that Judgment be entered in their favor as against DBI, that under their Third Claim for Relief this Court find the Moreno second Deed of Trust held by DBI to be valued at zero, the claim discharged in their underlying Chapter 13 completed bankruptcy case and determine the deed of trust satisfied pursuant to Cal. Civ. Code § 2941(a) and allow this Court's order to serve in lieu of a certificate of discharge.

As to Plaintiffs' First Claim for Relief under 2941, specifically 2941(d), award statutory damages in the sum of $500 as mandated by statute against DBI.

As to Plaintiffs' Second Claim for Relief (Violation of Helping Families Save Their Home Act-15 U.S.C. Section 1641(g)), as further referenced by 15 U.S.C. Section 1640(a), effective July 31, 2009, award the maximum penalty in favor of Plaintiffs as against DBI in the sum of $4,000.

Finally, as the prevailing party in this action, pursuant to California Civil Code §§ 1717 and 2941, award Plaintiffs reasonable attorney's fees in the sum of $18,469 and costs of $321.31, for a total

---

[1] For the purpose of the present motion for entry of default and relief requested Dream Builders, Dream Builders Investments, LLC, aka DBI Fund Holdings are used collectively. "DBI" will be the acronym used in further discussion for the most part below.

NOTICE OF HEARING IN SUPPORT OF PLAINTIFFS' MOTION
FOR ENTRY OF DEFAULT JUDGMENT

sum of $18,790.31, pursuant to page 13, Paragraph 10 of the Deed of Trust in this matter (Exhibit C) and the reciprocal contractual provisions set forth under California law governing an award of attorneys fees under California Civil Code §§ 1717 and 2941.

As against Home Servicing LLC, that this party defendant have no claim and/or lien against Debtors' property set forth above, statutory damages and fees and costs.

**YOU ARE HEREBY NOTIFIED** that a hearing will be held on this matter before the Hon. Robert S. Bardwil, United States Bankruptcy Judge, in Department D of the United States Bankruptcy Court, located at 1200–I Street, Modesto, California 2nd Floor, Dept E on **November 14, 2017 at 10:00 a.m.** to act upon the present Motion.

The motion will be based upon this Notice, the Motion filed, Declarations submitted in support of the Motion, matters for which judicial notice has been requested pursuant to FRE 201, the documentary exhibits lodged in support of the Motion and any further written or oral presentation which may be submitted to the Court at time of hearing in matter.

**OPPOSITION TO THE RELIEF REQUESTED:**

Opposition, if any, to the granting of the relief in the present Motion must be made at time of hearing pursuant to local applicable rules.

Additionally further details concerning the motion may be obtained from the Clerk of the Bankruptcy Court whose address is referenced above and the Bankruptcy Court's website www.caebus.court.gov.

Dated: October 19, 2017     LAW OFFICE OF STEVEN ALTMAN, PC

By: _____
       STEVEN S. ALTMAN
       Attorney for Plaintiffs

NOTICE OF HEARING IN SUPPORT OF PLAINTIFFS' MOTION
FOR ENTRY OF DEFAULT JUDGMENT

3