STEVEN S. ALTMAN (State Bar No. 63824)
Steven Altman, PC
1127-12th Street, Suite 104
Modesto, California 95354
Ph: (209) 521-7255
Fax: (209) 577-8390
altman@altmanattorney.com

Attorney for Plaintiffs/Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(MODESTO DIVISION)

In re:

HUMBERTO MORENO &
MARTHA MORENO

        Debtors.

HUMBERTO MORENO &
MARTHA MORENO

        Plaintiff(s),

vs.

PNC BANK, NA, DBI FUND HOLDINGS, LLC, AMERICAN SERVICING AND RECOVERY GROUP, HOME SERVICING LLC, CITIGROUP GLOBAL MARKETS REALTY CORP, DREAMBUILDER INVESTMENTS AKA DREAMBUILDER INVESTMENTS, LLC

        Defendant(s).

Ch. 13 Case No. 11-92649
Adversary No: 16-0914

SECOND AMENDED ADVERSARY COMPLAINT FOR DECLARATORY JUDGMENT REMOVING THE LIEN OF

FROM PROPERTY LOCATED AT 4216 BALLARD CIRCLE, MODESTO, CALIFORNIA 95356; DAMAGES; FEES AND COSTS

Judge: Robert S. Bardwil
Dept: D

## DECLARATION OF WILLIAM BUCHANAN IN SUPPORT OF PLAINTIFFS' SECOND AMENDED COMPLAINT

I, William Buchanan, declare under penalty of perjury the following:

1. I have personal knowledge of the facts contained in this declaration and I could and would testify competently in a court of law.

2. I am employed as Vice-President on behalf of American Servicing Group, Inc.("ASG Inc."), and its affiliates American Servicing and Recovery Group, LLC, DBI/ASG Mortgage

1. Acquisition Fund I, LP, and DBI/ASG Mortage Holdings, LLC, with my principal office at 4514 Cole Avenue, Suite 600, Dallas Texas 75205, Office Phone: (214) 559-7135. I have been so employed in this capacity since the inception of the company in 2008.

3. I have reviewed the charging allegations set forth in Plaintiffs' Second Amended Complaint which has been served on my office. I am also aware that my employee, Ron Bookman, who works as a "Data Integrity Analyst" has also spoken by phone and communicated with plaintiffs' chief counsel Steven Altman by email during the last month past.     4. I and my staff have advised Mr. Altman that none of ASG, Inc. Nor any of its affiliates have any current interest in the loan secured for the property at 4216 Ballard Circle, Modesto, California 95356 (the "Moreno loan").

5. Based upon review of my offices books and records I have advised Mr. Altman of the following:

a) DBI Fund Holdings, LLC purchased the Moreno loan from National City Bank pursuant to a Purchase and Sale Agreement dated September 24, 2009. (the "Nat City PSA").

b) DBI Fund Holdings, LLC and DBI/ASG Mortgage Holdings, LLC, an affiliate of ASG, Inc. entered into a Beneficial Interest Transfer Agreement dated the 25th day of September, 2009 wherein DBI Fund Holdings, LLC assigned one hundred percent (100%) of the beneficial rights and interests in the Mortgage Loans acquired pursuant to the Nat City PSA to DBI/ASG Mortgage Holdings, LLC.

c) DBI Fund Holdings, LLC subsequently sold the Moreno Loan to Citigroup Global Realty Corp pursuant to a Purchase and Sale Agreement dated October 30, 2009.

6. The foregoing represents an accurate chronological history of the ownership and disposition of the Moreno Loan by ASG, Inc and its affiliates.

7. None of ASG, Inc. nor any of its affiliates are in any way owned, a subsidiary of, or controlled by either Dreambuilder Investments, LLC.

8. My office has provided Mr. Altman the sale agreement between National City Bank (Seller) and DBI Fund Holdings, LLC (Purchaser) dated September 24, 2009. (Exhibit 2). The Moreno loan sold and transferred to DBI Fund Holdings, LLC is found on Exhibit 3, therein of that agreement and is numbered DBI-061708, reflecting Modesto, California and a

balance of $177,176.63. Pursuant to Exhibit 2, subsection 2.3-"Recondition of Assignments of Mortgage" it was the purchasers responsibility to record for each assigned mortgage related to a secured lien evidence to the seller within sixty (60) days of the closing date.

9. My office, has provided Mr. Altman the sale agreement between DBI Fund Holdings, LLC (Seller) and Citigroup Global Markets Realty Corp. (Buyer) dated October 30, 2009. (Exhibit 3). The Moreno loan sold and transferred to Citigroup Global Realty Corp is found on Exhibit A of that agreement and is numbered DBI-061708, reflecting 4216 Ballard Circle and a balance of $177,176.63

I further declare the foregoing declaration was executed pursuant to the laws of the United States of America this 24th day of July 2017 at Dallas, Texas.

William Buchanan

DECLARATION OF WILLIAM BUCHANAN IN SUPPORT OF
PLAINTIFFS' SECOND AMENDED COMPLAINT 3