Stuart B. Wolfe (SBN 156471)
sbwolfew@wolfewyman.com
L. Scott Bruggemann (302499)
sbruggemman@wolfewyman.com
WOLFE & WYMAN LLP
980 9th Street, Suite 2350
Sacramento, California 95814
Telephone: (916) 912-4700
Facsimile: (916) 329-8905

Attorneys for Defendant
PNC BANK, N.A.

IN THE UNITED STATES BANKRUPTCY COURT OF

FOR THE EASTERN DISTRICT OF CALIFORNIA

(MODESTO DIVISION)

| | |
|---|---|
| In re: HUMBERTO MORENO and MARTHA MORENO, <br><br> Debtors/Plaintiffs. <br><br> v. <br><br> PNC BANK, N.A. <br><br> Defendants. | Case No.: 11-92649 <br> Adversary No.: 16-09014 <br><br> DECLARATION OF BRIAN J. LUTTON |

## DECLARATION OF BRIAN J. LUTTON

I, Brian J. Lutton, declare as follows:

1. I am currently employed with PNC Bank, National Association ("PNC"), as an Assistant Vice President. This declaration is made as part of PNC's response to the claims of Humberto and Martha Moreno in the present action. The following is of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so.

2. As an Assistant Vice President, I have access to PNC's computer database of acts, ownership, assignments, transactions, payments, communications, events, and chain of title activity, with respect to the mortgage loans which PNC owns, funds, and/or services, including those records relating to the Deed of Trust dated August 8, 2007 securing a home loan (the "Moreno Loan") in the

1
DECLARATION OF BRIAN J. LUTTON

2728654.1

original amount of $187,000.00 on the property commonly described as 4216 Ballard Circle, Modesto, CA 95356, which was recorded on August 16, 2007 in Stanislaus County as Document No. 2007-0105192-00, showing Martha and Humberto Moreno as the Borrowers and National City Bank as the Lender. These records and the entries in these records are made and kept within the ordinary course of business and are made at or near the time of the act, events or conditions of record by a means which insures their reliability and made by persons whose responsibility it is to record such acts, events or conditions. I have personally reviewed the records referenced below and have the personal knowledge of the facts set forth in this declaration, including the Moreno Loan. If called upon to testify thereto, I could and would do so competently and truthfully under oath.

3. PNC is the successor-by-merger to National City Bank, N.A., approved by the Comptroller of the Currency by certificate dated November 6, 2009.

4. By agreement dated November 20, 2009, PNC sold all rights in the Moreno Loan, as well as Other loans, to DBI Fund Holdings, LLC. DBI Fund Holdings, LLC was responsible for recording an assignment of the Moreno Deed of Trust.

5. By letter dated December 18, 2012, American Servicing and Recovery Group, LLC advised PNC that DBI Fund Holdings transferred the rights to the Moreno loan, as well as other loans, to American Servicing and Recovery Group, LLC as of December 2009. An address for notices, 4144 North Central Expressway, Ste. 900, Dallas, TX 75204, was included in the letter.

6. Since the 2009 sale, PNC has had no right, title or interest in the Moreno Loan. PNC has not serviced the Moreno Loan since the sale. PNC has no ownership or authority by which it can reconvey the Deed of Trust which secures the Moreno loan.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 2ND, 2017, at BRECKSVILLE, OHIO

Brian J. Lutton, Declarant