2

STEVEN S. ALTMAN (State Bar No. 63824)
Steven Altman, PC
1127-12th Street, Suite 104
Modesto, California 95354
Ph: (209) 521-7255
Fax: (209) 577-8390
altman@altmanattorney.com

Attorney for Plaintiffs/Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(MODESTO DIVISION)

In re:

HUMBERTO MORENO &
MARTHA MORENO

Debtors.

HUMBERTO MORENO &
MARTHA MORENO

Plaintiff(s),

vs.

PNC BANK, NA, DBI FUND HOLDINGS, LLC, AMERICAN SERVICING AND RECOVERY GROUP, HOME SERVICING LLC, CITIGROUP GLOBAL MARKETS REALTY CORP, DREAMBUILDER INVESTMENTS AKA DREAMBUILDER INVESTMENTS, LLC

Defendant(s).

Ch. 13 Case No. 11-92649
Adversary No: 16-09014

SECOND AMENDED ADVERSARY COMPLAINT FOR DECLARATORY JUDGMENT REMOVING THE LIEN FROM PROPERTY LOCATED AT 4216 BALLARD CIRCLE, MODESTO, CALIFORNIA 95356; DAMAGES; FEES AND COSTS

Judge: Robert S. Bardwil
Dept: D

## DECLARATION OF GERARD BELLESHEIM, JR.
## IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

I, Gerard Bellesheim, Jr., declare under penalty of perjury the following:

1. I have personal knowledge of the facts contained in this declaration and if called as a witness I could and would testify competently in a court of law.

2. I am employed as Vice President of Citigroup Gloabal Markets Realty Corp.

(hereafter "CGMRC") with my principal office at 390 Greenwich Street, New York, NY. I have been employed in this capacity since May of 2011.

3. At the request of counsel Steven Altman, on behalf of the Moreno's, I submit the present declaration.

4. In an e-mail dated July 5, 2017, Mr. Altman was advised by CMRC that neither it, nor any of its affiliates, havae any current right, title or interest in the loan secured by the property at 4216 Ballard Circle, Modesto, California 95356 (the "Moreno loan").

5. Based upon a review of relevant books and records—as further identified by Exhibit J to the above-referenced e-mail—the Moreno loan, which was acquired by Citi in or around November 2009, was later sold to Dreambuilder Investments, LLC in July 2011, as part of the loan portfolio sale denominated as CGMRC 2011-021-2, and has been charged off by Citi.

I further declare the foregoing declaration was executed pursuant to the laws of the United States of America this 18th day of September 2017 at New York City, New York.

_____
Gerard Bellesheim, Jr.

DECLARATION OF GERARD BELLESHEIM, JR. IN SUPPORT OF
PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

2