3

STEVEN S. ALTMAN (State Bar No. 63824)
Steven Altman, PC
1127-12th Street, Suite 104
Modesto, California 95354
Phone: (209) 521-7255
Fax: (209) 577-8390
altman@altmanattorney.com

Attorney for Plaintiffs

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(MODESTO DIVISION)

| | |
|---|---|
| In re: | Case No. 11-92649 |
| HUMBERTO MORENO & MARTHA MORENO | Adversary No: 16-09014 |
| Debtors. | Date: November 14, 2017<br>Time: 10:00 a.m.<br>Place: 1200 I Street, 2nd Floor<br>Modesto, CA 95354 |
| HUMBERTO MORENO & MARTHA MORENO | Judge: Robert S. Bardwil<br>Dept: D |
| Plaintiff (s), | |
| vs. | |
| PNC BANK, NA, DBI FUND HOLDINGS, LLC, AMERICAN SERVICING AND RECOVERY GROUP, HOME SERVICING LLC, CITIGROUP GLOBAL MARKETS REALTY CORP, DREAMBUILDER INVESTMENTS AKA DREAMBUILDER INVESTMENTS, LLC | |
| Defendant (s). | |

**PROOF OF SERVICE**

I am a citizen of the United States and am employed in Stanislaus County. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1127 12th Street, Suite 104, Modesto, California, 95354.

On October 19, 2017, I served the following documents:

1. PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT;
2. DECLARATION OF TAMI RHODES IN SUPPORT;
3. DECLARATION OF STEVEN ALTMAN IN SUPPORT;
4. DECLARATION OF HUMBERTO MORENO IN SUPPORT;
5. DECLARATION OF WILLIAM BUCHANAN IN SUPPORT;
6. DECLARATION OF BRIAN J. LUTTEN IN SUPPORT;
7. DECLARATION OF GERARD BELLESHEIM, JR IN SUPPORT;

1     8.    MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;
    9.    EXHIBITS A THROUGH K PREVIOUSLY FILED WITH THE SECOND AMENDED COMPLAINT ON JULY 7, 2017;
    10.   EXHIBITS L THROUGH O;
    11.   NOTICE OF HEARING;
    12.   PROOF OF SERVICE.

in the manner and/or manners described below to each of the parties herein listed on the attached matrix and/or addressed as below:

Humberto & Martha Moreno
4216 Ballard Circle
Modesto, CA 95356

DBI Fund Holdings, LLC
Attn: Officer, managing or general agent,
or to any other agent authorized by appointment
or by law to receive service of process
30 Wall St., 6 Fl
New York, NY 10005

Gregory Palmer & Peter Andrews, Managers
DBI Fund Holdings, LLC
30 Wall St., 6th Fl.
New York, NY 10005

National Registered Agents, Inc.
Registered Agent for DBI Fund Holdings LLC
155 Federal Street, Ste. 700
Boston, MA 02110

Home Servicing, LLC
Attn: Officer, managing or general agent
or to any other agent authorized by appointment
or by law to receive service of process
2431 South Acadian Thruway, Ste 525
Baton Rouge, LA 70808

CT Corporation System
Agent for Service of Process for Home Servicing, LLC
818 West 7th Street
Los Angeles, CA 90017

George C. Caballero, Manager
Home Servicing LLC
2431 S. Acadian Thruway, Ste. 525
Baton Rouge, LA 70808

Dreambuilders Investments, LLC
Attn: Officer, managing or general agent
or to any other agent authorized by appointment
or by law to receive service of process
Mharla Ortega
5632 Weaver Pl.
Oakland, CA 94619

1  Dreambuilder Investments, LLC
   Attn: Officer, managing or general agent,
2  or to any other agent authorized by appointment
   or by law to receive service of process
3  4100 Redmond Rd., #387
   Oakland, CA 94619

Dreambuilders aka Dreambuilders Investments
Attn: Officer, managing or general agent,
or to any other agent authorized by appointment
or by law to receive service of process
30 Wall St., 6th Floor
Nw York, NY 10005

Peter J. Andrews
Founder/CEO
DreamBuilder Investments
30 Wall St.
New York, NY 10005

Peter J. Andrews
Founder/CEO
Dreambuilder Investments LLC
80 Broad St.
New York, NY 10004-2209

   __X__ BY MAIL: I caused such envelope to be deposited in the mail at my business address, address to the addressee(s) designated. I am readily familiar with the law offices of Steven S. Altman's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business.

   ____ BY CERTIFIED MAIL-RETURN RECEIPT REQUESTED: I caused such envelope(s) to be deposited in the mail at my business address, addressed to the addressee(s) designated with return receipt requested.

   ____ BY HAND DELIVERY: I caused such envelope(s) to be delivered by hand to the addressee(s) designated

   ____ BY OVERNIGHT COURIER SERVICE: I caused such envelope(s) to be delivered via overnight courier service to the addressee(s) designate.

   ____ BY FACSIMILE: I caused said document(s) to be transmitted to the telephone number(s) of the addressee(s) designated.

   ____ BY EMAIL: I caused said document(s) to be transmitted to the email address indicated.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Executed at Modesto, California, on October 19, 2017.

                                          /s/ Dawn Darwin
                                          Dawn Darwin