STEVEN ALTMAN SBN 63834
Law Offices of Steven Altman, PC
1127-12th Street, Suite 104
Modesto, CA 95354
Phone: (209) 521-7255
Fax:   (209) 577-8390
email: altman@altmanattorney.com

Attorney for Plaintiffs/Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(MODESTO DIVISION)

| | |
|---|---|
| In re:<br><br>HUMBERTO MORENO &<br>MARTHA MORENO<br><br><br><br><br><br>Debtors.<br>_____<br>HUMBERTO MORENO &<br>MARTHA MORENO<br><br>Plaintiff(s),<br><br>vs.<br><br>PNC BANK, NA, et al<br><br>Defendant(s). | Case No.   11-92649<br>Adversary No: 16-09014<br><br>Date:       November 14, 2017<br>Time:       10:00 a.m.<br>Place:      1200 I St., 2nd Floor<br>            Modesto, CA 95354<br><br>Judge:      Robert S. Bardwil<br>Dept:       D<br><br>ADVERSARY COMPLAINT FOR<br>DECLARATORY JUDGMENT<br>REMOVING THE LIEN<br>FROM PROPERTY LOCATED AT<br>4216 BALLARD CIRCLE, MODESTO<br>CALIFORNIA 95356; DAMAGES;<br>FEES AND COSTS |

**JUDGMENT PURSUANT TO PLAINTIFFS' MOTION
FOR ENTRY OF DEFAULT JUDGMENT**

The Court having reviewed Plaintiffs' motion for entry of default judgment, the declarations in support of default judgment, the exhibits filed in support of default judgment, the memorandum of points and authorities filed in support of default judgment, ORDERS AS

RECEIVED
November 16, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006169150

FOLLOWS:

1. Plaintiffs motion for entry of default judgment is granted.

2. The court finds that as to Plaintiffs' third claim for relief, (Declaratory Relief) based upon facts and applicable law submitted, the second deed of trust against Plaintiffs' real property at 4216 Ballard Circle, Modesto, California (See Exhibit A - property description attached), previously held by PNC Bank, NA, and currently held by successor Defendant Dreambuilder Investments, LLC, to be void and discharged, having been valued at zero in the underlying Chapter 13 proceedings and discharged following completion of Debtors' Chapter 13 proceeding by Final Decree entered December 22, 2014 [Doc70]. As such, this foregoing judgment may be duly recorded in the Stanislaus County Recorder's Office and constitute notice of discharge of said loan obligation and deed of trust, despite Defendant Dreambuilder Investments, LLC's unwillingness to provide Plaintiffs a certificate of discharge in compliance with the provisions set forth under California Civil Code § 2941(a).

3. As to Plaintiffs' First Claim for Relief under California Civil Code 2941(d), the court assesses the sum of $500 in statutory damages in favor of Plaintiffs as against Defendant Dreambuilder Investments, LLC for its failure to comply with the provisions of California law.

4. As to Plaintiffs' Second Claim for Relief under 15 U.S.C. § 1641(g), (Helping Families Save Their Homes Act), the Court finds in Plaintiffs' favor as against Defendant Dreambuilder Investments, LLC for its failure to duly notify Plaintiffs and record evidence of its transfer and ownership of the Moreno note and second deed of trust not later than thirty days after it was sold, transferred or otherwise assigned the subject loan, by the evidence in July 2011. As a result, the court sets statutory damages and civil penalties in favor of Plaintiffs and as against Defendant Dreambuilder Investments, LLC in the amount of $500.00.

5. Based upon the documentary evidence submitted by Plaintiffs and their counsel, the Court finds an award of attorney's fees and costs in favor of the Plaintiffs, the Morenos, as

**4**

against Defendant Dreambuilder Investments, LLC is due and proper in the principal amount of $18,469.00 fees and $321.31 costs for the sum of $18,790.31 pursuant to the provisions set forth under California Civil Code §§ 1717 and 2941.

6. As against Defendant Home Servicing LLC, sender of mortgage statements to Plaintiffs, (See Exhibit O of Plaintiffs' documentary evidence filed October 19, 2017, Doc. 106), the court finds a violation of 12 U.S.C. §§2605(e)(1)[A] and 2605(e)(2)(a-c)(i) & (ii) and sets statutory damages in favor of Plaintiffs as against Defendant Home Servicing LLC in the amount of $2,000.00 and attorney's fees of $18,469.00 and costs of $321.31, pursuant to 12 U.S.C. §§ 2605(f)(1) and 2605(f)(3).

Dated:　　　　　　　　　　　　BY THE COURT

Dated: November 16, 2017

_Robert Bardwil_
Robert S. Bardwil, Judge
United States Bankruptcy Court

ALTA RESIDENTIAL LIMITED COVERAGE
JUNIOR LOAN POLICY (10/19/96)
EXPRESS TITLE POLICY

ORDER NO: 3404020c
REFERENCE NO: moreno
ESCROW OFFICER: CARLOTTA VILLATORO
ESCROW NO:

## EXHIBIT "A"

The land referred to in this policy is situated in the **State of California, County of STANISLAUS, City of MODESTO**, and described as follows:

LOT 12 IN BLOCK 14419, IN THE CITY OF MODESTO, COUNTY OF STANISLAUS, STATE OF CALIFORNIA, ACCORDING TO MAP OF MADISON POINTE, FILED ON SEPTEMBER 21, 2000 IN VOLUME 39 OF MAPS, AT PAGE 30, STANISLAUS COUNTY RECORDS.

APN #: 046-24-12

Order Search
CASTAN:2007 0(

Requested By: Bebbiegarcia, Printed: